Steven Tamer, Esq., SBN 159828
TAMER LAW CORP
15760 Ventura Blvd., #700
Encino, CA 91436
818.784.1400 tel
888.540.9703 fax
Email: stamer@tamerlawcorp.com

Attorneys for Defendant
AKOSH INVESTMENTS, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOANG MINH LE,<br><br>           Plaintiff,<br><br>vs.<br><br>AKOSH INVESTMENTS, LLC, a California Limited Liability Company; and DOES 1 to 10,<br><br>           Defendants | Case Number: 5:19-cv-01689<br>**NOTICE OF MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6); MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF STEVEN TAMER**<br><br>Date of Hearing:  January 17, 2020<br>Time of Hearing:  10:30am<br>Judicial Officer:   Honorable Josephine L. Staton<br>Courtroom:              10A<br>Complaint filed:  September 09, 2019 |

**DEFENDANT'S MOTION TO DISMISS
FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED
[ORAL ARGUMENT REQUESTED]**

Pursuant to Federal Rule of Civil Procedure (FRCP) 12(b)(6), Defendant AKOSH INVESTMENTS, LLC, (hereafter "Akosh" or "Defendant") respectfully moves this Court for entry of an Order granting dismissal in their favor. Specifically, Defendant moves to dismiss all claims before the court for failure to state a claim upon which relief can be granted.

In support of this Motion, Defendant is filing a Memorandum of Points and Authorities.

Defendant requests oral argument on this motion. For the reasons provided in the supporting

1  Memorandum, Defendant contends that there is no genuine cause of action upon which this Court can
2  grant relief. Consequently, Defendant respectfully prays that this Court grants the motion to dismiss in
3  their favor realizes Plaintiff's fraudulent scheme to search out businesses for the sole purpose of starting
4  litigation.

5  Dated: October 17, 2019

_____
TamerLawCorp
By: Steven Tamer, Esq.
Attorney for Defendant
AKOSH INVESTMENTS, LLC